JAMES ARNOLD CARR, APPELLANT, *v.* THE STATE OF NEVADA, RESPONDENT.

No. 13503

August 27, 1982                    649 P.2d 1357

*Morgan D. Harris,* Public Defender, and *Gary H. Lieberman,* Deputy Public Defender, Clark County, for Appellant.

*Richard H. Bryan,* Attorney General, Carson City; *Robert J. Miller,* District Attorney, and *James Tufteland,* Deputy District Attorney, Clark County, for Respondent.

---

[2]The Chief Justice designated THE HONORABLE DAVID ZENOFF, Senior Justice, to sit in this case in place of THE HONORABLE CAMERON BATJER. Nev. Const., art. 6, § 19; SCR 10.

## OPINION

*Per Curiam:*

This is an appeal from an order denying appellant's petition for post-conviction relief. NRS 177.315 *et seq.* The only issue on appeal is whether the case of Carter v. Kentucky, 450 U.S. 288 (1981), should be given full retroactive application to appellant's conviction.

In Franklin v. State, 98 Nev. 266, 646 P.2d 543 (1982), we held that the *Carter* decision warrants the same retroactive effect given the analogous rule of Griffin v. California, 380 U.S. 609 (1965). As we noted in *Franklin,* the Supreme Court has determined that *Griffin* did not retroactively apply to cases in which the judgment was final on the date of the *Griffin* decision. *See* Tehan v. Shott, 382 U.S. 406 (1966). Accordingly, we decline to give *Carter* full retroactive effect to appellant's final judgment of conviction. We find no error in the district court's order denying post-conviction relief.

Affirmed.